# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| METRO DEV V, LP | : No. 738 MAL 2014 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| EXETER TOWNSHIP ZONING HEARING | : |
| BOARD, AND EXETER TOWNSHIP AND | : |
| SUE DAVIS-HAAS, RICHARD H. HAAS, | : |
| IDA C. SMITH, ZILDIA PEREZ, LEON | : |
| PEREZ, DONNA GALCZYNSKI, KEVIN | : |
| GALCZYNSKI, ALAN GANAS, RENEE | : |
| FROELICH, SCOTT MATTHEWS, | : |
| PATRICIA MIRAVICH AND JOHN J. | : |
| MIRAVICH | : |
| | : |
| | : |
| | : |
| PETITION OF: SUE DAVIS-HAAS, | : |
| RICHARD H. HAAS, IDA C. SMITH, | : |
| ZILDIA PEREZ, LEON PEREZ, DONNA | : |
| GALCZYNSKI, KEVIN GALCZYNSKI, | : |
| ALAN GANAS, RENEE FROELICH, | : |
| SCOTT MATTHEWS, JOHN J. | : |
| MIRAVICH AND PATRICIA J. MIRAVICH | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 31st day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.